# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Senior Judge John L. Kane

Courtroom Deputy: LaDonne Bush     Date: July 18, 2007
Court Reporter: Darlene Martinez

Civil Action No. 07-cv-00408-JLK-BNB

*Parties:*                                                    *Counsel:*

DENISE MANNINO,                                               Eric Wollard

    Plaintiff,

v.

REY LUCERO and                                                Tamas Viski-Hanka
A-1 CONSTRUCTION & REMODELING, INC.,
a Colorado corporation,

    Defendants.

_____

## COURTROOM MINUTES
_____

**Scheduling Conference**

10:02 a.m     Court in session.

**ORDERED:**   Motion to Dismiss (Doc. 7) is granted in part and denied in part as set forth on the record.

Counsel shall advise chambers if they want this matter referred to Magistrate Judge Boland for a settlement conference.

Court's comments regarding settlement, depositions, trial setting, and Stipulated Scheduling and Discovery Order.

Court explains that if a *Daubert* motion is not filed timely, it is waived.

Court instructs counsel to submit proposed jury instructions and special forms of verdict with the proposed pretrial order.

Court's comments regarding jury instructions.

10:28 a.m.     Court in recess.

Time: 00:26
Hearing concluded.