IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cv-00408-JLK**

**DENISE MANNINO**,

        Plaintiff,

v.

**REY LUCERO and
A-1 CONSTRUCTION & REMODELING, INC., a Colorado corporation,**

        Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

      The Stipulated Motion to Stay Proceedings and Vacate Pretrial Conference Pending Arbitration (doc. #20), filed May 9, 2008, is GRANTED. This case is STAYED pending arbitration. The June 27, 2008 Pretrial Conference is VACATED. The parties shall file a Status Report regarding their arbitration on or before July 25, 2008.

Dated: May 13, 2008