IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   07-cv-00408-JLK-BNB

DENISE J. MANNINO,

    Plaintiff,

v.

REY LUCERO and
A-1 CONSTRUCTION & REMODELING, INC., a Colorado Corporation,

    Defendants,

## ORDER AND JUDGMENT

THIS MATTER is before the Court on Plaintiff's Motion to Confirm Arbitration Award and Reduce Award to Judgment (doc. 32), filed May 1, 2009.  Having reviewed the motion and the response thereto, and believing it proper to do so, the Court hereby GRANTS the motion and confirms the arbitration awards entered March 27, 2009 and April 24, 2009 by arbiter Kevin Sidel. It is

ORDERED that Judgment shall enter in favor of plaintiff Denise Mannino as follows:

    a)    Against Rey Lucero in the principal sum of $89,868.83.

    b)    Against A-1 Construction and Remodeling, Inc. in the principal sum of $27,660.39.

    c)    Against Rey Lucero and A-1 Construction and Remodeling, Inc. jointly and severally in the amount of $9,975.50 for attorney's fees.

    d)    Against Rey Lucero and A-1 Construction and Remodeling, Inc. jointly and

       severally in the amount of $2,788.63 for costs.

e)    Against Rey Lucero and A-1 Construction and Remodeling, Inc. jointly.

Dated: May 7, 2009

                                      BY THE COURT:

                                      ***s/John L. Kane***

                                      U.S. DISTRICT COURT JUDGE