Case 1:07-cv-00408-JLK   Document 38-2   Filed 05/12/2009   Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00408-JLK-BNB

Denise J. Mannino

      Plaintiff,

v.

Rey Lucero and A-1 Construction & Remodeling, Inc., a Colorado Corporation

      Defendants,

---

## CORRECTED ORDER AND JUDGMENT

---

THIS MATTER is before the Court on plaintiff's MOTION TO CONFIRM ARBITRATION AWARD AND REDUCE AWARD TO JUDGMENT. Having reviewed the motion and any response thereto, and believing it proper to do so, the Court hereby GRANTS the motion and confirms the arbitration awards entered March 27, 2009 and April 24, 2009 by arbiter Kevin Sidel. Judgment enters in favor of plaintiff Denise Mannino's as follows:

    a) Against Rey Lucero in the principal sum of $89,868.83.

    b) Against A-1 Construction and Remodeling, Inc. in the principal sum of $27,660.39.

    c) Against Rey Lucero and A-1 Construction and Remodeling, Inc. jointly and severally in the amount of $9,975.50 for attorney's fees.

    d) Against Rey Lucero and A-1 Construction and Remodeling, Inc. jointly and severally in the amount of $2,788.63 for costs.

    e) Against Rey Lucero and A-1 Construction and Remodeling, Inc. jointly and severally in the amount of $18,560.34 for prejudgment interest.

DONE AND ORDERED this 12 day of May, 2009.

BY THE COURT:

*John L. Kane*
U.S. District Court Judge